# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**CHRISTOPHER PORTER**                                            **PLAINTIFF**

**v.**                                **CIVIL ACTION NO.: 3:19-cv-109-TSL-RHW**

**SIEMENS INDUSTRY, INC.**                               **DEFENDANT**

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that Plaintiff has this day served the following:

1. Plaintiff's Pre-Discovery Disclosures.

A true and correct copy of this Notice has been served upon the Defendant along with the document. The original pleadings are being retained in the possession of counsel for the Plaintiff.

THIS, the 26th day of June 2019.

                                               Respectfully submitted,

                                               s/Nick Norris
                                               NICK NORRIS (MSB #101574)
                                               Attorney for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC.
1880 Lakeland Drive, Suite G
Jackson, Mississippi 39216
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
nick@watsonnorris.com

## **CERTIFICATE OF SERVICE**

I, NICK NORRIS, attorney for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record.

SO CERTIFIED, this, the 26th day of June 2019.

        s/Nick Norris
        NICK NORRIS